IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAWSON D. DUBOIS | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 117(a)(1) and 1153 |

**Domestic Assault by a Habitual Offender**

The Grand Jury Charges:

On or about June 8, 2019, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

DAWSON D. DUBOIS

did commit a domestic assault upon K.L., his girlfriend/intimate partner, causing bodily injury, and at that time DAWSON D. DUBOIS had a final conviction on at least two (2) separate prior occasions in federal, state, and tribal court proceedings for the following offenses that would be, if subject to Federal jurisdiction, any assault, sexual abuse, and serious violent felony against a spouse and intimate partner:

1. Domestic Violence, Spirit Lake Tribal Court, Fort Totten, North Dakota, Case Number 20174929, conviction entered on or about December 11, 2018;

2. Simple Assault, Bismarck Municipal Court, Bismarck, North Dakota, Case Number BI-2012-CR-00635, conviction entered on or about March 1, 2012;

In violation of Title 18, United States Code, Section 117(a)(1) and 1153.

A TRUE BILL:

_____
Foreperson

DREW H. WRIGLEY
United States Attorney

*/s/ David D. Hagler*
DAVID D. HAGLER
Assistant United States Attorney

GLD/tmg