Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### DISTRICT OF NORTH DAKOTA

United States of America
v.

Dawson D. Dubois

)
)
)
)
)
)

Case No.   1:19-cr-00241

*Defendant*

REC'D USMS-D/ND
2023 SEP 15 11:54

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrive and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   Dawson D. Dubois   ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Alleged violations of supervised release.

Date:   09/15/2023

/s/ Carla Schultz
*Issuing officer's signature*

City and state:   Bismarck, ND

Carla Schultz, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 9/15/23 , and the person was arrested on *(date)* 9/15/23
at *(city and state)* Ramsey C-, ND .

Date: 9/18/23

*Arresting officer's signature*

M Thyke DUSM
*Printed name and title*